IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MELVIN LEWIS CLARK,** : | **CIVIL NO. 1:15-CV-0161** |
| Plaintiff : | |
| : | **(Judge Rambo)** |
| v. : | **(Magistrate Judge Schwab)** |
| **JOHN KERESTES,** : | |
| Respondent : | |

### O R D E R

      Before the court is a January 26, 2015 report and recommendation of the magistrate judge to whom this matter is referred. Objections to the report and recommendation were due no later than February 12, 2015 and, to date, no objections have been filed. Accordingly, upon independent review of the record and applicable law, **IT IS HEREBY ORDERED THAT:**

      1) The court adopts the report and recommendation of Magistrate Judge Schwab (Doc. 2).

      2) The Clerk of Court shall transfer this case to the United States District Court for the Eastern District of Pennsylvania in accordance with 28 U.S.C. § 2241(d).

      3) The Clerk of Court shall close the file in this district.

                                                                    s/Sylvia H. Rambo
                                                           United States District Judge

Dated: February 23, 2015.